# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**GARY LEON WEBSTER**  **PLAINTIFF**
**ADC #114018**

**V.**          **CASE NO. 3:21-CV-00173-BSM**

**G. STUBBLEFIELD,** *et al.*          **DEFENDANTS**

## ORDER

Gary Leon Webster's motion to proceed *in forma pauperis* [Doc. No. 1] and motion to appoint counsel [Doc. No. 3] are denied.

Webster has received at least three strikes under the PLRA. *See Webster v. Does*, 3:19-CV-00059 DPM (E.D. Ark. filed March 20, 2019); *Webster v. Pigg*, 3:19-CV-00060 DPM (E.D. Ark. filed March 20, 2019); *Webster v. Days Inn Motels, Inc., et al.*, 3:19-CV-00078 DPM (E.D. Ark. filed March 20, 2019). And based on the allegations in his complaint [Doc. No. 2], it does not appear that Webster is in imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

Accordingly, this case is dismissed without prejudice. If Webster would like to continue with this case, he must first pay the filing fee of $402, noting the above style and case number, within thirty days of the date of this order along with a motion to reopen this case. Upon receipt of the full filing fee and his motion, this case will be reopened. It is certified that an *in forma pauperis* appeal from this order and accompanying judgment would not be taken in good faith.

IT IS SO ORDERED this 31st day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE