# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**GARY LEON WEBSTER**                                                                                    **PLAINTIFF**
**ADC #114018**

**V.**                              **CASE NO. 3:21-CV-00173-BSM**

**G. STUBBLEFIELD,** *et al.*                                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 31st day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE